MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00221 SBA |
| Plaintiff, | STIPULATED REQUEST TO VACATE HEARING DATE ON SEPTEMBER 27, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JORGE CAZAHONDA, | Date:      September 27, 2011 |
| Defendant. | Time:      11:00 a.m. |
| | Court:     Hon. Saundra Brown Armstrong |

On July 26, 2011, this Court set a hearing date for any pre-trial motions filed by defendant on September 27, 2011 at 11:00 a.m.  This Court further excluded time between July 26, 2011 and August 23, 2011, the date by which any pre-trial motions were to be filed.  Since defendant decided not to file any pre-trial motions, the parties request that this Court vacate the September 27, 2011 hearing date.  The parties further request that the Court exclude time under the Speedy Trial Act between August 26, 2011 and November 1, 2011, which is the date of the pre-trial conference.

Between August 26, 2011 and November 1, 2011, the parties need time to prepare for both the pre-trial conference and trial.  Specifically, the parties are in the process of hiring and

designating expert witnesses, and otherwise preparing for trial. Defense counsel needs additional time to review the discovery produced by the United States and to investigate this matter further in preparation for trial. Additionally, the parties need time to evaluate, discuss, and prepare any motions *in limine* and other documents to be filed in connection with the pre-trial preparation as ordered by this Court. Furthermore, defense counsel is unavailable during part of the time between August 26, 2011 and November 1, 2011 due to hearings in other pending matters, including matters pending outside the state of California. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between August 26, 2011 and November 1, 2011 under the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: August 26, 2011

_____/s/_____  
JAMES C. MANN  
Assistant United States Attorney  
Counsel for United States

_____/s/_____  
KENNETH WILLIAM MCGUIRE  
Counsel for Jorge Cazahonda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00221 SBA |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE ON SEPTEMBER 27, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE CAZAHONDA, | ) | |
| | ) | |
|     Defendant. | ) | Date:      September 27, 2011 |
| | ) | Time:     11:00 a.m. |
| | ) | Court:    Hon. Saundra Brown Armstrong |
| _____ | ) | |

The parties stipulated and agreed that this Court should vacate the September 27, 2011 hearing date, as no pre-trial motions have been filed. The parties further stipulated and agreed that time should be excluded under the Speedy Trial Act between August 26, 2011 and November 1, 2011, which is the date of the pre-trial conference.

Between August 26, 2011 and November 1, 2011, the parties need time to prepare for both the pre-trial conference and trial. Specifically, the parties are in the process of hiring and designating expert witnesses, and otherwise preparing for trial. Defense counsel needs additional time to review the discovery produced by the United States and to investigate this matter further in preparation for trial. Additionally, the parties need time to evaluate, discuss, and prepare any motions *in limine* and other documents to be filed in connection with the pre-trial preparation as ordered by this Court. Furthermore, defense counsel is unavailable during

part of the time between August 26, 2011 and November 1, 2011 due to hearings in other pending matters, including matters pending outside the state of California. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the September 27, 2011 hearing date in this matter is vacated, and that time between August 26, 2011 and November 1, 2011 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:__8/26/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge