```
Kenneth W. McGuire (SBN: 257241)
McGuire Law Firm
P.O. Box 246
Pt. Reyes Station, CA 94956
Phone: (415) 729-4310
Fax:    (206) 338-3250
Email: kennethmcguire@att.net
Attorney for Defendant,
JORGE CAZAHONDA
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JORGE CAZAHONDA**,**<br><br>Defendant | **CASE NO. 4:10-cr-00221 SBA**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>Hearing Date:  January 26, 2012<br>Time:              10:00 a.m. |

Defendant Jorge Cazahonda respectfully submits this Stipulation and Proposed Order to request a continuation of the January 26th, 2012 sentencing hearing, and would show this Honorable Court the parties hereby stipulate and agree to the following:

1. The defendant was charged in a three-count Superseding Indictment dated August 11, 2011 with violating: in count one, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) (possession with intent to distribute methamphetamine); in count two, 18 U.S.C. § 924(c)(1)(A)(i)(possessing a firearm during and in relation to a drug-trafficking offense); and in count three, 18 U.S.C. § 922(g)(1)(felon in possession of a firearm and

ammunition). Defendant has entered a plea to count two and is currently set for sentencing on January 26, 2012 at 10:00 AM.

2. Defense counsel is counsel of record in *United States v. Robert Allen Stanford*, Crim. No. H-09-342-1, a complex fraud case in the United States District Court for the Southern District of Texas, Houston Division, before the Honorable David Hittner. That case is set for trial beginning January 23rd, 2012, and trial is estimated to continue for approximately three months. The Court has stated to defense counsel that he must be present for trial throughout this time.[1] As an officer of this Court, we will keep this Court appraised of any changes in Judge Hittner's trial schedule. Defense counsel therefore respectfully requests that sentencing be set for some time after the conclusion of trial in May 2012. Defense counsel has conferred with counsel for the government, who has agreed and joins in this stipulation.

3. Accordingly, the parties would respectfully request that the January 26th, 2012 sentencing hearing date presently scheduled be continued until May 24, 2012 after counsel's trial is concluded. The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy sentencing. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from January 26, 2012 until the sentencing date on May 24, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation

---

[1] Judge Hittner's case manager, Ellen Alexander, stated to undersigned counsel that any other Court could confirm Judge Hittner's trial schedule with her office at 713-250-5511.

of defense counsel, and due to unavailability of counsel, taking into account the exercise of due diligence.

  4. Defense counsel has conferred with opposing counsel and the Probation Officer and those parties will be available on the changed date if the motion is granted.

  SO STIPULATED.

Dated: January 20th, 2012     /s/_____
                KENNETH MCGUIRE
                Counsel for Jorge Cazahonda

Dated: January 20th, 2012     MELINDA HAAG
                United States Attorney

             By: /s/_____
                James Mann
                Assistant United States Attorney

1    FOR THE FOREGOING REASONS, the January 26th, 2012 sentencing hearing presently scheduled in the above-captioned matter is vacated, and the matter is hereby scheduled for sentencing at  10:00  am/~~pm~~ on  May 24 , 2012 before the Honorable Saundra B. Armstrong.

SO ORDERED.

Dated:  1/24 , 2012

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BY: /s/ *Ken McGuire*
Kenneth W. McGuire
McGuire Law Firm
P.O. Box 246
Pt. Reyes Station, CA 94956
Phone: (415) 729-4310
Fax:    (206) 338-3250
Email: kennethmcguire@att.net

Attorney for Defendant
Jorge Cazahonda

CERTIFICATE OF SERVICE

I, Ken McGuire, do hereby certify that on this  January 20th , 2012, a copy of the foregoing Motion was served by ECF service to the following counsel of record:

James Mann
U.S. Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA 94612
James.C.Mann@usdoj.gov

Jessica Goldsberry
U.S. Probation Office
1301 Clay Street, Suite 220-S
Oakland, CA 94612
Jessica_Goldsberry@canp.uscourts.gov

/s/ *Ken McGuire*
KENNETH W. McGUIRE