UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 10-00221 SBA |
| Plaintiff, | ) ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| JORGE CAZAHONDA, | ) ) | |
| Defendant. | ) ) | |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on October 13, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. $1,862 seized from him on March 11, 2010;

2. A Glock 22, .40 caliber semiautomatic handgun with serial numbers DLV808US and GSH182; and

3. 25 live rounds of .40 caliber ammunition

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition with the Court and

| | |
|---|---|
| 1 | serve a copy on government counsel within thirty (30) days of the final publication of notice or of |
| 2 | receipt of actual notice, whichever is earlier. |
| 3 |     IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, |
| 4 | locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal |
| 5 | Rules of Criminal Procedure. |
| 6 |     IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary |
| 7 | Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure |
| 8 | 32.2(e). |
| 9 |     IT IS SO ORDERED this  22nd  day of  August  2012. |

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge