UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE CAZAHONDA, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 10-00221 SBA <br><br> [PROPOSED] FINAL ORDER OF FORFEITURE |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea of guilty on April 20, 2012, wherein he admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. $1,862 seized from the defendant on October 13, 2011;

2. A Glock 22, .40 caliber semiautomatic handgun with serial numbers DLV808US and GSH182; and

3. 25 live rounds of .40 caliber ammunition

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d). All right, title, and interest in said

///

property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this <u>9TH</u> day of <u>NOVEMBER</u> 2012.

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
Case No. CR 10-00221 SBA